UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61241-CIV-COHN/SELTZER

ZUMBA FITNESS, LLC,

    Plaintiff,

v.

C2T CORPORATION;
BIG LOTS STORES, INC.;
CONSOLIDATED PROPERTY
HOLDINGS, INC.; and
XYZ COMPANIES 1-10,

    Defendants.
_____/

## ORDER APPROVING FINAL CONSENT JUDGMENT

**THIS CAUSE** is before the Court upon the proposed Permanent Injunction on Consent and Final Order [DE 28] ("Consent Judgment").  In the Consent Judgment, the parties agree to the entry of a permanent injunction against Defendants C2T Corporation and Big Lots Stores, Inc., barring them from using certain intellectual property owned by Plaintiff Zumba Fitness, LLC.  The Court having carefully reviewed the Consent Judgment, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Permanent Injunction on Consent and Final Order [DE 28], attached to and incorporated in this Order, is **APPROVED**;

2.     Judgment is **ENTERED** in favor of Plaintiff Zumba Fitness, LLC, and against Defendants C2T Corporation and Big Lots Stores, Inc., pursuant to the specific terms of the Consent Judgment;

3.  The Court retains jurisdiction over this action in accordance with the terms of the Consent Judgment; and

4.  The Clerk of Court shall **CLOSE** this case and **DENY AS MOOT** all other pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of November, 2013.

JAMES I. COHN
United States District Judge

Copies to:

Counsel of record via CM/ECF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:13-cv-61241-JIC

ZUMBA FITNESS, LLC,

                Plaintiff,

v.

C2T CORPORATION, BIG LOTS STORES, INC., and XYZ COMPANIES 1-10

                Defendants.

## PERMANENT INJUNCTION ON CONSENT AND FINAL ORDER

This Court having considered the Complaint on file in this action, and Defendants Big Lots Stores, Inc. and C2T Corporation (collectively, "Defendants") having consented to the terms of the judgment and permanent injunction set forth below, this Court hereby finds as follows:

1.    Plaintiff ZUMBA FITNESS, LLC ("ZUMBA") is the owner of, *inter alia*, the following United States Trademark Registrations:

| *Reg. No.* | *Depiction of Mark* | *Representative Goods and Services* |
|---|---|---|
| 3,435,705 | **ZUMBA FITNESS (word mark)** | Pre-recorded CDs, video tapes, laser disks and DVDs featuring physical fitness and exercise instruction; Video recordings featuring physical fitness and exercise instruction, in International Class 9 |

| 3,244,094 | **ZUMBA (word mark)** | Education services, namely, providing classes in the field of dance and exercise, in International Class 41 |
|---|---|---|
| 4,059,416 | ZUMBA fitness (logo) | Education and Entertainment services, namely, providing classes and instruction in the field of dance, fitness and exercise, in International Class 41, etc. |
| 4,059,419 | ZUMBA fitness (logo) | Education and Entertainment services, namely, providing classes and instruction in the field of dance, fitness and exercise, in International Class 41, etc. |
| 4,059,424 | (figure logo) | Education and Entertainment services, namely, providing classes and instruction in the field of dance, fitness and exercise, in International Class 41, etc. |
| 3,452,872 | ZUMBA fitness (logo) | Education services, namely, providing classes in the field of dance and exercise, in International Class 41 |

| 3,452,926 |  | Pre-recorded CDs, video tapes, laser disks and DVDs featuring physical fitness and exercise instruction; Video recordings featuring physical fitness and exercise instruction, in International Class 9 |

The foregoing marks are collectively referred to herein as the "ZUMBA Marks".

2. ZUMBA is the owner of copyright registration for its distinctive ZUMBA Logo (U.S. Reg. No. VA-1-654-875) (the "ZUMBA Copyright"). The ZUMBA Copyright and the ZUMBA Marks are collectively referred to as the "ZUMBA Intellectual Property."

3. On June 5, 2013, Zumba filed its Complaint in the instant action claiming, *inter alia*, that the Defendants, among others, manufactured, advertised, promoted, offered for sale, and sold products incorporating the ZUMBA Intellectual Property in violation and disregard of any license or consent of Plaintiffs (the "Accused Products").

4. Zumba alleges that it is suffering and has suffered irreparable injury as a result of the Defendants' manufacture and sale of the Accused Products. Zumba further alleges that it will continue to suffer irreparable harm and injury should a Permanent Injunction Order not be issued.

5. The Defendants stipulate and agree to the entry of a Permanent Injunction forever enjoining them from manufacturing, advertising, promoting, offering for sale, selling, or distributing in any manner the Accused Products or any other goods or services knowingly infringing any of the ZUMBA Intellectual Property including the ZUMBA Copyright, ZUMBA Marks, or any marks confusingly similar thereto. The

Defendants further acknowledge that Zumba possesses the sole right to and use of the ZUMBA Intellectual Property, and that the ownership thereof and the goodwill associated therewith belong exclusively with Zumba.

6. This Court has jurisdiction over the subject matter of this action and over the Defendants, and venue in this action is proper in this judicial district.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that:**

The Defendants and all of their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from the Defendants, or in concert or participation with the Defendants, and each of them, be PERMANENTLY ENJOINED and RESTRAINED, from manufacturing, advertising, promoting, offering for sale, selling, or distributing in any manner the Accused Products or any other goods or services knowingly infringing any of the ZUMBA Intellectual Property;

It is further ORDERED AND ADJUDGED,

That the Clerk is directed to enter a Final Judgment consistent with the above Order and that execution may thereafter issue on said Final Judgment.

It is further ORDERED AND ADJUDGED,

That this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Permanent Injunction and Final Order by way of contempt or otherwise. The Defendants agree not to contest the validity of the ZUMBA Intellectual Property in any such proceeding.

IT IS SO ORDERED, this 12TH day of November, 2013.

_____
The Honorable James I. Cohn
United States District Court

## CONSENT

Zumba and the Defendants, representing that they fully understand the meaning and content of the foregoing Permanent Injunction on Consent and having sought and received the advice of counsel regarding the language and meaning thereof or having the opportunity to seek and receive the advice of counsel and declining to do so;

HEREBY ACCEPT AND AGREE to the terms and conditions of the foregoing Permanent Injunction on Consent.

Accepted and Agreed to:

Dated:
October 31, 2013

ZUMBA FITNESS, LLC
By: _____
Title: Chief Legal Officer
Print Name: Scott Chitoff

Dated:
October __, 2013

C2T CORPORATION
By: _____
Title: _____
Print Name: _____

Dated:
~~October~~ 7, 2013
November

BIG LOTS STORES, INC.
By: Chadwick P. Reynolds
Title: VP, Deputy General Counsel & Assistant Corporate Secretary
Print Name: Chadwick P. Reynolds

IT IS SO ORDERED, this 12th day of November, 2013.

_____
The Honorable James I. Cohn
United States District Court

### CONSENT

Zumba and the Defendants, representing that they fully understand the meaning and content of the foregoing Permanent Injunction on Consent and having sought and received the advice of counsel regarding the language and meaning thereof or having the opportunity to seek and receive the advice of counsel and declining to do so;

HEREBY ACCEPT AND AGREE to the terms and conditions of the foregoing Permanent Injunction on Consent.

Accepted and Agreed to:

Dated:
October __, 2013

**ZUMBA FITNESS, LLC**
By:_____
Title:_____
Print Name:_____

Dated:
October 31, 2013

**C2T CORPORATION**
By: _____
Title: President
Print Name: Frank Chang

Dated:
October __, 2013

**BIG LOTS STORES, INC.**
By:_____
Title:_____
Print Name:_____